**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA DOWNS,<br><br>                    Plaintiff,<br><br>vs.<br><br>RIVER CITY GROUP, LLC, a Delaware limited liability company; WELLS FARGO BANK, National Association; MTC FINANCIAL INC. dba TRUSTEE CORPS, a California corporation; MINNESOTA LIFE INSURANCE COMPANY, a Minnesota company; and DOES 1-10; and BLACK and WHITE COMPANIES 1-10,<br><br>                    Defendants. | Case No. 3:11-cv-00885-LRH-WGC<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION** |

Plaintiff LINDA DOWNS (**plaintiff**), defendant RIVER CITY GROUP, LLC, defendant WELLS FARGO BANK, N.A., and defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS (collectively **defendants**), by and through their undersigned attorneys, hereby stipulate and agree that defendants shall refrain from conducting a trustee's sale of the property located at 320 Rebecca Drive, Sparks, Nevada 89436.

/ / /

/ / /

/ / /

/ / /

/ / /

It is further stipulated and agreed that plaintiff's emergency motion for temporary restraining order, preliminary and permanent injunction [Dkt. 12] shall be withdrawn without prejudice.

Dated this 6th day of January, 2012.                    Dated this 6th day of January, 2012.

**AKERMAN SENTERFITT LLP**                              **LAW OFFICES OF WATSON ROUNDS**

 /s/  Christina S. Bhirud                                /s/  Adam P. McMillen
ARIEL E. STERN, ESQ.                                    ARTHUR A. ZORIO, ESQ.
Nevada Bar No. 8276                                     Nevada Bar No. 6547
CHRISTINA S. BHIRUD, ESQ.                               ADAM P. MCMILLEN, ESQ.
Nevada Bar No. 11462                                    Nevada Bar No. 10678
1160 Town Center Drive, Suite 330                       5371 Kietzke Lane
Las Vegas, Nevada 89144                                 Reno, Nevada 89511

*Attorneys for Defendants*                              *Attorneys for Plaintiff*
*River City Group, LLC and*
*Wells Fargo Bank, N.A.*

Dated this 6th day of January, 2012.

**TURNER REYNOLDS GRECO & O'HARA**

/s/ Richard J. Reynolds
RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
16485 Laguna Canyon Road
Irvine, CA   92618


**ROBISON BELAUSTEGUI SHARP & LOW**

/s/  Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5142
71 Washington Street
Reno, Nevada  89503

*Attorneys for Defendant*
*MTC Financial, Inc., dba*
*Trustee Corps*

**IT IS SO ORDERED.**

DATED this 9th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2