**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA DOWNS,<br><br>                      Plaintiff,<br><br>vs.<br><br>RIVER CITY GROUP, LLC, a Delaware limited liability company; WELLS FARGO BANK, National Association; MTC FINANCIAL INC. dba TRUSTEE CORPS, a California corporation; MINNESOTA LIFE INSURANCE COMPANY, a Minnesota company; and DOES 1-10; and BLACK and WHITE COMPANIES 1-10,<br><br>                      Defendants. | Case No. 3:11-cv-00885-LRH-WGC<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION** |

      Plaintiff LINDA DOWNS (**plaintiff**), defendant RIVER CITY GROUP, LLC, defendant WELLS FARGO BANK, N.A., and defendant MTC FINANCIAL, INC. dba TRUSTEE CORPS (collectively **defendants**), by and through their undersigned attorneys, hereby stipulate and agree that defendants shall refrain from conducting a trustee's sale of the property located at 320 Rebecca Drive, Sparks, Nevada 89436.

/ / /

/ / /

/ / /

/ / /

/ / /

1

It is further stipulated and agreed that plaintiff's emergency motion for temporary restraining order, preliminary and permanent injunction [Dkt. 12] shall be withdrawn without prejudice.

| | |
|---|---|
| Dated this 6th day of January, 2012. | Dated this 6th day of January, 2012. |
| **AKERMAN SENTERFITT LLP** | **LAW OFFICES OF WATSON ROUNDS** |
| /s/ Christina S. Bhirud | /s/ Adam P. McMillen |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>CHRISTINA S. BHIRUD, ESQ.<br>Nevada Bar No. 11462<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | ARTHUR A. ZORIO, ESQ.<br>Nevada Bar No. 6547<br>ADAM P. MCMILLEN, ESQ.<br>Nevada Bar No. 10678<br>5371 Kietzke Lane<br>Reno, Nevada 89511 |
| *Attorneys for Defendants*<br>*River City Group, LLC and*<br>*Wells Fargo Bank, N.A.* | *Attorneys for Plaintiff* |

Dated this 6th day of January, 2012.

**TURNER REYNOLDS GRECO & O'HARA**

/s/ Richard J. Reynolds
RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
16485 Laguna Canyon Road
Irvine, CA   92618


**ROBISON BELAUSTEGUI SHARP & LOW**

/s/ Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5142
71 Washington Street
Reno, Nevada  89503

*Attorneys for Defendant*
*MTC Financial, Inc., dba*
*Trustee Corps*

**IT IS SO ORDERED.**
DATED this 9th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2