# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA DOWNS, | ) | 3:11-cv-00885-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | April 13, 2012 |
| vs. | ) | |
| | ) | |
| RIVER CITY GROUP, LLC, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 12, 2012, defendants River City Group, LLC and Wells Fargo Bank, N.A. filed a Motion for Protective Order Staying Discovery (Doc. # 49) and Request for Expedited Relief on Order Shortening Time (Doc. # 50).

These defendants seek a stay of discovery while their Motion to Dismiss (Doc. # 38) is pending. (*See* Doc. # 49.) While not fully articulated in their request for expedited relief, it appears that defendants seek the requested relief on an expedited basis because Plaintiff served a significant amount of discovery on March 30, 2012, the responses to which will be May 3, 2012. (*See* Doc. # 49-2, Fed. R. Civ. P. 6(d), 33(b)(2), 34(b)(2)(A), 36(a)(3).)
///
///
///
///
///
///
///

**MINUTES OF THE COURT**
3:11-cv-00885-LRH-WGC
Date: April 13, 2012
Page 2

      The Request for Expedited Relief on Order Shortening Time (Doc. # 50) is **GRANTED**. Plaintiff's response to the Motion for Protective Order Staying Discovery (Doc. # 49) **SHALL BE DUE ON OR BEFORE FRIDAY, APRIL 20, 2012**.  A hearing on the motion (Doc. # 49) shall take place at **1:30 P.M. ON WEDNESDAY, APRIL 25, 2012**. Counsel wishing to appear telephonically shall contact the courtroom deputy, Jennifer Cotter (775-686-5758), at least two (2) days prior to the hearing to advise her of the phone number where they may be reached at the time of the hearing.

      **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                  By:  /s/
                                                          Deputy Clerk