UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| LINDA DOWNS, ) | CASE NO.  3:11-CV-00885-LRH-WGC |
| Plaintiff, ) | MINUTES OF PROCEEDINGS |
| vs. ) | DATED: February 19, 2013 |
| RIVER CITY GROUP, LLC et al., ) | |
| Defendant(s). ) | |

PRESENT:  HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

Deputy Clerk:   Katie Lynn Ogden     Reporter:                    FTR

Counsel for Plaintiff:  Adam McMillen

Counsel for Defendant(s):   Christina Bhirud and Ariel Stern (obo: Wells Fargo)  (Telephonically)

and Ann-Martha Andrews (obo: Minnesota Life Insurance Company) (Telephonically)

**MINUTES OF PROCEEDINGS: MOTION HEARING**

2:41 p.m. Court convenes.

I. **Emergency Motion to Compel and/or for Sanctions (Dkt. #138)**

The court expresses its concern with regard to the preparation of the Thomas Segalla's deposition and that the deposition was ultimately terminated. In light of the court's understanding that the parties have agreed to reschedule the deposition, plaintiff's Emergency Motion to Compel and/or for Sanctions (Dkt. #138) is **DENIED**. The cost associated with the first attempt to depose expert Thomas Segalla (February 12, 2013) will be divided equally between plaintiff and defendant Minnesota Life Insurance. The cost shall include the time spent of expert Thomas Segalla appearing for this deposition.

II. **Motion to Strike Plaintiff's Untimely Designation of New Expert Witness, Or Alternatively, to Exclude Testimony of Dr. Bittker (Dkt. #144)**

The court notes that, originally, there were to be simultaneous expert report disclosure dates. At the request of the parties, the dates were then staggered to allow plaintiff's disclosure first. However, the date for rebuttal expert(s) was inadvertently never set. The court indicates that it had always contemplated that there might be rebuttal expert reports. In view of this observation, the court is not inclined to agree with the defendant's argument that plaintiff's designation of Thomas Bittker, M.D., was untimely.

MINUTES OF PROCEEDINGS
3:11-cv-00885-LRH-WGC
Date: February 19, 2013
Page 2

After further discussion with regard to the designation of Dr. Bittker, and good cause appearing, defendant's Motion to Strike Plaintiff's Untimely Designation of New Expert Witness, or Alternatively, to Exclude Testimony of Dr. Bittker (Dkt. #144) is **DENIED without prejudice**; the court is not inclined to strike Dr. Bittker as an expert witness.  The court will allow defendants the option to depose Dr. Bittker and to defer the deposition until after the scheduled settlement conference set for March 14, 2013. Furthermore, the instant motion can be renewed as a Motion In Limine.

The court directs Mr. McMillen to produce a copy of Dr. Bittker's file to defendants as soon as possible.

**IT IS SO ORDERED.**

3:39 p.m.  Court adjourns.

LANCE S. WILSON, CLERK

By:_____/s/_____
Katie Lynn Ogden, Deputy Clerk