UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA DOWNS,<br><br>        Plaintiff,<br><br>v.<br><br>RIVER CITY GROUP, LLC; et al.,<br><br>        Defendants. | 3:11-cv-0885-LRH-WGC<br><br>ORDER |

Before the court are various motions from the parties including defendant Minnesota Life Insurance Company's motion to preclude testimony (Doc. #181[1]) and plaintiff Linda Downs' ("Downs") motion to compel further discovery as to defendant Minnesota Life Insurance Company (Doc. #188) and motion to compel further discovery as to defendant Wells Fargo Bank, N.A. (Doc. #191).

The court has recently issued orders on several substantive motions including two motions for summary judgment and a motion for reconsideration. In light of these recent orders, the court shall deny the pending motions without prejudice to allow the parties the opportunity to review the court's orders and determine how and whether to proceed with similar motions in this litigation.

///

---

[1] Refers to the court's docket entry number.

1  IT IS THEREFORE ORDERED that defendant's motion to preclude testimony (Doc. #181)
2  and plaintiffs motions to compel (Doc. ##188, 191) are DENIED without prejudice.
3  IT IS FURTHER ORDERED that within thirty (30) days of the entry of this order the
4  parties shall file any similar motions should they decide to proceed with similar motions in this
5  matter.
6  IT IS SO ORDERED.
7  DATED this 9th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE