# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA DOWNS, | ) | 3:11-cv-00885-LRH-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| RIVER CITY GROUP, LLC, et al., | ) | |
| Defendants. | ) | |

On October 17, 2014, this court entered an order directing Minnesota Life Insurance Company (Minnesota Life) to submit a declaration of deponent Eric Walton indicating whether or not the PowerPoint presentation produced by Minnesota Life (MLDRFP000246-261) is the PowerPoint presentation he was referring to in his deposition and to also address whether the California regulations and statutes produced by Minnesota Life (MLDRFP214-245) are in fact the materials he identified as the "typed booklet" in his deposition. The order also required Minnesota Life to either provide the "Administrative Manual" to Plaintiff Downs for her review, or submit it to the Court for an in camera review. (Doc. # 267.)[1]

Minnesota Life's notice of compliance reflects the necessary declaration of Eric Walton was produced to Plaintiff and also submitted the Administrative Guide to the court for an in camera review. (Doc. #268.)

On October 24, 2014. The court reviewed the Administrative Manual in camera and determined there were no further sections of the manual relevant to Plaintiff's case. (Doc. # 269.) Plaintiff thereafter

---

[1] Refers to court's docket number.

1 accepted the sufficiency of the explanation of Minnesota Life's deponent Eric Walton regarding the
2 "typed booklet." (Doc. # 271.)
3     No objection has been timely filed by Plaintiff with respect to the court's in camera review of the
4 Administrative Manual and the denial of Downs' request to produce the remainder of the manual. (Doc.
5 # 269.) Therefore, Minnesota Life is directed to retrieve from chambers the materials it submitted for
6 an in camera review.
7 **IT IS SO ORDERED.**
8 DATED: November 12, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE