UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LINDA DOWNS, ) | |
| ) | 3:11-cv-00885-LRH-WGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| RIVER CITY GROUP, LLC; *et al.*, ) | |
| ) | |
| Defendants. ) | |

Court Reporter Donna Davidson is requested to prepare and file transcripts of the following:

The SEALED portion of the Minutes of Proceedings (#363) regarding jury trial on February 18, 2015. The sealed portion of the minutes shall be unsealed for purposes of preparing the transcript, which shall be delivered to plaintiff's counsel.

IT IS HEREBY ORDERED that the sealed portion may be **unsealed** for the purpose of plaintiff's counsel to obtain a transcript.

IT IS FURTHER ORDERED that Donna Davidson shall prepare the transcript and deliver it to plaintiff's counsel. Plaintiff's counsel shall be responsible for transcript fees.

DATED this 13th day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE